Henry P. Baer, Jr.
Tony Miodonka
**FINN DIXON & HERLING LLP**
177 Broad Street
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
*Proposed Counsel to Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-13380 (REG) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, International Foreign Exchange Concepts, L.P. ("IFEC LP" or the "Debtor"), respectfully represents that:

1. International Foreign Exchange Concepts Holdings, Inc., a corporation, directly or indirectly holds an ownership interest in IFEC LP exceeding 10%.

2. The Debtor does not directly or indirectly own 10% or more of any class of securities of any corporation whose securities are publicly traded.

3. The Debtor does not own an interest in any general or limited partnership or joint venture.

{01727979; 1; 3440-2 }

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of International Foreign Exchange Concepts, L.P., declare under penalty of perjury, that I have read the foregoing Corporate Ownership Statement, and that it is true and correct to the best of my information and belief.

Dated: October 17, 2013

By: Robert Savage
Title: Chief Strategist & Chief Operating Officer

{01727979; 1; 3440-2 }