UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**<br><div align="right">Debtor.</div> | Case No.   **13-13380 (REB)**<br><br>**Chapter 11** |

## SCHEDULES OF ASSETS AND LIABILITIES AND SCHEDULE
## OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Debtor submits its Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used its best efforts to compile the information contained in the Schedules, based on its books and records maintained in the ordinary course of its business.

The Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Schedules. The Debtor reserves the right to amend the Schedules from time to time as may be necessary or appropriate.

### <u>Declaration</u>

I, Michael Meenan, declare under penalty of perjury that I have reviewed the information contained in these Schedules, and subject to any and all notes applicable to the Schedules and my reliance on the Debtor's personnel to the extent involved in the preparation of these Schedules, that they are true and correct to the best of my knowledge, information and belief.

Dated: <u>November 25, 2013</u>

/s/ *Michael Meenan*
_____
Signature

Michael Meenan
_____
Name

Chief Restructuring Officer
_____
Title

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                      Case No.:   13-13380 (REB)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add  the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | ASSETS | LIABILITIES |
|---|---|---|---|
| A.  Real Property | Yes | $0.00 | |
| B.  Personal Property | Yes | $67,833,917.07 | |
| C.  Property Claimed As Exempt | No | | |
| D.  Creditors Holding Secured Claims | Yes | | $690,000.00 |
| E.  Creditors Holding Unsecured Priority Claims | Yes | | $0.00 |
| F.  Creditors Holding Unsecured Nonpriority Claims | Yes | | $50,664,154.55 |
| G.  Executory Contracts and Unexpired Leases | Yes | | |
| H.  Codebtors | Yes | | |
| I.  Current Income of Individual Debtor(s) | No | | |
| J.  Current Expenditures of Individual Debtor(s) | No | | |
| **TOTALS** | | **$67,833,917.07** | **$51,354,154.55** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.                    Case No.:   13-13380 (REB)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor holds no interest in real property, write "None" under "Description and Location of  Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory  Contracts and Unexpired Leases.**

If an entity claims to have a lien or holds a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

<u>See Attached</u>

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: 13-13380 (REB)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| **-None-** | | | |
| **TOTAL SCHEDULE A:** | | $0.00 | |
| **TOTAL DEBTOR:** | | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:   **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in**
**Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

**See Attached**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**              Case No.: 13-13380 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE EXHIBIT-B2 | $737,426.37 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | SEE EXHIBIT-B9 | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. § 503(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: 13-13380 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE EXHIBIT-B13 | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | SEE EXHIBIT-B16 | $44,923,925.73 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | SEE EXHIBIT-B18 | $18,817,285.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | SEE EXHIBIT-B20 | $1,049,987.54 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE EXHIBIT-B22 | $0.00 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.          Case No.: 13-13380 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41a)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | SEE EXHIBIT-B24 | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | SEE EXHIBIT-B28 | $2,202,713.70 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SEE EXHIBIT-B29 | $102,578.73 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crop - growing or harvested. Give particulars. | X | | |
| 33. Farm equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |
| | | **TOTAL:** | $67,833,917.07 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B2

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 4 | BANK ACCOUNT - OPERATING | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | $23,832.11 |
| 3 | BANK ACCOUNT - PETTY CASH | JPMORGAN CHASE<br>4 METROTECH CENTER<br>BROOKLYN, NY 11245 | $7,718.85 |
| 5 | PREMIUM COMMERCIAL<br>MONEY MARKET ACCOUNT | JPMORGAN CHASE<br>4 METROTECH CENTER<br>BROOKLYN, NY 11245 | $705,875.41 |
| | | **TOTAL:** | $737,426.37 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B9

| Asset Id | Description | Location | Net Book Value |
|----------|-------------|----------|---------------:|
| 6 | INSURANCE POLICIES | VARIOUS CARRIERS | $0.00 |
| | | DIRECTOR & OFFICER POLICIES, | |
| | | ERRORS & OMMISSIONS AND CORPORATE | |
| | | INSURANCE POLICIES | |
| | | **TOTAL:** | $0.00 |

Please see Schedule B20 for the value of life insurance policies.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**               Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B13

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 16 | STOCKS AND INTERESTS<br>COST OF INVESTMENT:  $21,979,455.60 | FX CONCEPTS (UK HOLDINGS) LIMITED<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | UNKNOWN |
| 15 | STOCKS AND INTERESTS<br>COST OF INVESTMENT:  $1,000 | FX CONCEPTS TRADING ADVISOR, LLC<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | UNKNOWN |
| 14 | STOCKS AND INTERESTS<br>COST OF INVESTMENT:  $1,000 | FX CONCEPTS, LLC<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | UNKNOWN |
| 17 | STOCKS AND INTERESTS<br>COST OF INVESTMENT:  $2,798,400 | INSPIRATION BIOPHARMACEUTICALS, INC.<br>ONE KENDALL SQUARE<br>CAMBRIDGE, MA 02139 | UNKNOWN |
| | | **TOTAL:** | UNKNOWN |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**        Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B16

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 23 | ACCOUNTS RECEIVABLE - TRADE | VARIOUS VENDORS<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $174,765.00 |
| 24 | EMPLOYEE RECEIVABLES | VARIOUS EMPLOYEES<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $20,454.64 |
| 25 | EMPLOYEE RECEIVABLES<br>TRAVEL ADVANCES | VARIOUS EMPLOYEES<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $11,681.37 |
| 28 | INTERCOMPANY RECEIVABLES | FX CONCEPTS (SINGAPORE) PTE.<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $4,850.00 |
| 27 | INTERCOMPANY RECEIVABLES | FX CONCEPTS (UK) LTD.<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $29,999.97 |
| 26 | INTERCOMPANY RECEIVABLES | INTERNATIONAL FOREIGN EXCHANGE CONCEPTS<br>HOLDINGS, INC.<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $44,682,174.75 |
| | | **TOTAL:** | $44,923,925.73 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B18

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 19 | OTHER LIQUIDATED DEBTS | JOHN R TAYLOR -- NEGATIVE LIMITED PARTNERSHIP ACCOUNT | $18,713,058.00 |
| 18 | OTHER LIQUIDATED DEBTS | NEW YORK CITY TAX REFUND | $104,227.00 |
| | | TOTAL: | $18,817,285.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B20

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 20 | CONTINGENT AND NONCONTINGENT INTERESTS | LIFE INSURANCE POLICIES | $1,049,987.54 |
| | | TOTAL: | $1,049,987.54 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B22

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 21 | INTELLECTUAL PROPERTY | FX CONCEPTS TRADEMARK<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | UNKNOWN |
| | | **TOTAL:** | UNKNOWN |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B24

| Asset Id | Description | Location | Net Book Value |
|----------|-------------|----------|----------------|
| 22 | CUSTOMER LISTS | RESEARCH LETTER CLIENT LIST | UNKNOWN |
| | | **TOTAL:** | UNKNOWN |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P. | Case No.: 13-13380 (REB) |
|---|---|

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B28

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 9 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | FURNIISHINGS AND FIXTURES 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | $433,948.36 |
| 11 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | LEASEHOLD IMPROVEMENTS 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | $1,768,547.17 |
| 10 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | OFFICE EQUIPMENT 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | $218.17 |
| | | TOTAL: | $2,202,713.70 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B29

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 7 | MACHINERY AND EQUIPMENT USED IN BUSINESS | COMPUTER HARDWARE 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | $86,101.65 |
| 8 | MACHINERY AND EQUIPMENT USED IN BUSINESS | COMPUTER SOFTWARE 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | $16,477.08 |
| | | **TOTAL:** | $102,578.73 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:   **13-13380 (REB)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C.§ 112 and Fed. R. Bankr. P.1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules.

[  ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

**See Attached**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Sub Schedule:     SECURED CLAIMS** | | | | | | | |
| JPMORGAN CHASE BANK NA<br>TADEO MAR<br>4 METROTECH CTR, FL 14<br>BROOKLYN  NY  11245<br><br>Creditor: 187 - 05 | LETTER OF CREDIT | X | | | | $690,000.00 | UNKNOWN |
| **TOTAL SUB SCHEDULE:  SECURED CLAIMS** | | | | | | **$690,000.00** | UNKNOWN |
| **TOTAL SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS:** | | | | | | **$690,000.00** | UNKNOWN |

**PAGE TOTAL:**                    **$690,000.00**        UNKNOWN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**              Case No.:   **13-13380 (REB)**

---

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedules. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liability and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedules. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liability and Related Data.

[X]      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]       **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the Debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]       **Extensions of Credit in an Involuntary Case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:   **13-13380 (REB)**

[ ]       **Wages, Salaries, and Commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475.00* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]       **Contributions to Employee Benefit Plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ]       **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]       **Deposits by Individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ]       **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]       **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

[ ]       **Claims for Death or Personal Injury While Debtor was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

</div>

_____

**In re:   INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.:   13-13380 (REB)**
_____

<div align="center">

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

</div>

State the name, mailing address, including zip code, and last four digits of any account  number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated. "  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in  more than one of these three columns.)

Report total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[  ] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

<div align="center">

**See Attached**

</div>

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| 3 PARK AVENUE BUILDING CO LLP<br>ANDREW SMITH<br>COHEN BROTHERS REALTY CORP<br>750 LEXINGTON AVE 28TH FL<br>NEW YORK  NY  10022<br>Creditor: 87 - 01<br>Vendor: 100001 | TRADE PAYABLE | | | | | $84,193.60 |
| ABM SYSTEMS, INC.<br>PRESIDENT / GENERAL COUNSEL<br>54 CHERRY LN<br>FLORAL PARK  NY  11001<br>Creditor: 88 - 01<br>Vendor: 100024 | TRADE PAYABLE | | | | | $1,359.72 |
| ADLER, BENJAMIN<br>ADDRESS ON FILE<br><br>Creditor: 429 - 10<br>Vendor: 200051 | PROFESSIONAL FEES | | | | | $4,461.42 |
| AMERICAN EXPRESS<br>PRESIDENT / GENERAL COUNSEL<br>WORLD FINANCIAL CENTER<br>200 VESEY ST<br>NEW YORK  NY  10285<br>Creditor: 427 - 10<br>Vendor: 100060 | TRADE PAYABLE | | | | | $12,070.64 |
| ASSET MANAGEMENT FINANCE LLC<br>C/O MICHAEL L COOK, ESQ<br>SCHULTE ROTH ZABEL LLP<br>919 THIRD AVE<br>NEW YORK  NY  10022<br>Creditor: 83 - 03 | UNSECURED NOTE | | | | | $34,000,000.00 |
| AVAYA, INC.<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 5332<br>NEW YORK  NY  10087<br>Creditor: 91 - 01<br>Vendor: 300091 | TRADE PAYABLE | | | | | $2,353.22 |
| BERNARD LOCK KA FAI<br>68 TREVOSE CRESCENT<br>#03-06 TREVOSE PARK<br>  298069  SINGAPORE<br>Creditor: 431 - 10<br>Vendor: 200150 | TRADE PAYABLE | | | | | $720.05 |

**PAGE TOTAL:**          **$34,105,158.65**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                     Case No.:  13-13380 (REB)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| BLOOMBERG L.P.<br>PRESIDENT / GENERAL COUNSEL<br>731 LEXINGTON AVE<br>NEW YORK  NY  10022<br>Creditor: 430 - 10<br>Vendor: 200064 | TRADE PAYABLE | | X | | | $42,955.61 |
| CARR BUSINESS SYSTEMS<br>PRESIDENT / GENERAL COUNSEL<br>130 SPAGNOLI RD<br>MELVILLE  NY  11747<br>Creditor: 174 - 03<br>Vendor: 300054 | TRADE PAYABLE | | | | | $5,225.92 |
| CDW DIRECT, LLC<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 75723<br>CHICAGO  IL  60675<br>Creditor: 176 - 03<br>Vendor: 300084 | TRADE PAYABLE | | | | | $4,465.44 |
| COHEN BROTHERS REALTY CORP<br>CARMEL PASINO<br>750 LEXINGTON DR<br>NEW YORK  NY  10022<br>Creditor: 171 - 03<br>Vendor: 300667 | TRADE PAYABLE | | | | | $11,008.17 |
| COMMISSIONER OF TAX AND FINANCE<br>PRESIDENT / GENERAL COUNSEL<br>MCMT PROCESSING CENTER<br>PO BOX 4134<br>BINGHAMTON  NY  13902<br>Creditor: 99 - 01<br>Vendor: 300523 | GOVERNMENT LIABILITY | | | | | $1,098.00 |
| CONCUR TECHNOLOGIES INC.<br>PRESIDENT / GENERAL COUNSEL<br>62157 COLLECTIONS CENTER DR<br>CHICAGO  IL  60693<br>Creditor: 100 - 01<br>Vendor: 301150 | TRADE PAYABLE | | | | | $145.53 |
| CQG, INC.<br>PRESIDENT / GENERAL COUNSEL<br>1050 17TH ST, STE 2000<br>DENVER  CO  80265<br>Creditor: 172 - 03<br>Vendor: 300210 | TRADE PAYABLE | | | | | $6,248.34 |

**PAGE TOTAL:**                     **$71,147.01**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                Case No.: **13-13380 (REB)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| CURRIM, MARIE<br>ADDRESS ON FILE<br><br>Creditor: 445 - 10<br> Vendor: 600000 | TRADE PAYABLE | | | | | $398.90 |
| DELUXE BUSINESS CHECKS<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 742572<br>CINCINNATI  OH  42574<br>Creditor: 103 - 01<br> Vendor: 400701 | TRADE PAYABLE | | | | | $748.16 |
| DIRUSSO, RENATO<br>ADDRESS ON FILE<br><br>Creditor: 421 - 10<br> Vendor: 100241 | TRADE PAYABLE | | | | | $3,503.52 |
| FEDERAL EXPRESS CORPORATION<br>PRESIDENT / GENERAL COUNSEL<br>3610 HACKS CROSS RD<br>MEMPHIS  TN  38125<br>Creditor: 105 - 01<br> Vendor: 440000 | TRADE PAYABLE | | | | | $1,639.87 |
| FINANCIAL TELESIS<br>PRESIDENT / GENERAL COUNSEL<br>4340 REDWOOD HWY STE A23<br>SAN RAFAEL  CA  94903<br>Creditor: 106 - 03<br> Vendor: 440140 | TRADE PAYABLE | | | | | $4,000.00 |
| FRONTIER<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 20550<br>ROCHESTER  NY  14602<br>Creditor: 108 - 01<br> Vendor: 440090 | TRADE PAYABLE | | | | | $658.57 |
| FUJIOKA, GEORGE<br>ADDRESS ON FILE<br><br>Creditor: 441 - 10<br> Vendor: 460074 | TRADE PAYABLE | | | | | $368.00 |

PAGE TOTAL:                **$11,317.02**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.                    Case No.:  13-13380 (REB)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| INTEGRATED TECHNOLOGY SYSTEMS PRESIDENT / GENERAL COUNSEL 509 MADISON AVE. STE 1200 NEW YORK  NY  10022 Creditor: 110 - 01  Vendor: 500232 | TRADE PAYABLE | | | | | $528.05 |
| KANGAROO COURIER INC. PRESIDENT / GENERAL COUNSEL 41 EAST 29TH ST. 2ND FL NEW YORK  NY  10016 Creditor: 114 - 01  Vendor: 540200 | TRADE PAYABLE | | | | | $42.82 |
| KIM, JENNIFER ADDRESS ON FILE  Creditor: 442 - 10  Vendor: 520010 | INSURANCE PAYMENTS | | | | | $4,914.42 |
| KINETIC PARTNERS PRESIDENT / GENERAL COUNSEL 675 THIRD AVE, 10TH FL NEW YORK  NY  10017 Creditor: 195 - 06  Vendor: 540449 | TRADE PAYABLE | | X | | | $70,000.00 |
| KING & WOOD MALLESONS DAMIEN RICHARD LEVEL 61 GOVENOR PHILLIP TOWER 1 FARRER PLACE, SYDNEY NSW   2000  AUSTRALIA Creditor: 116 - 01  Vendor: 542550 | TRADE PAYABLE | | | | | $3,000.00 |
| LIBERTY MOVING AND STORAGE CO. PRESIDENT / GENERAL COUNSEL 17 CENTRAL AVE. HAUPPAUGE  NY  11788 Creditor: 117 - 01  Vendor: 560020 | TRADE PAYABLE | | | | | $121.44 |
| LIFESAFE SERVICES LLC PRESIDENT / GENERAL COUNSEL PO BOX 547 HAZLEWOOD  MO  63042 Creditor: 118 - 01  Vendor: 300269 | TRADE PAYABLE | | | | | $454.85 |

PAGE TOTAL:        $79,061.58

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**     Case No.: **13-13380 (REB)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| LIM, SHAO CHIEH<br><br>Creditor: 432 - 10<br>Vendor: 200160 | TRADE PAYABLE | | | | | $207.31 |
| MCMANUS SERRA & KLEIN<br>PRESIDENT / GENERAL COUNSEL<br>400 GREENWOOD AVE.<br>WYNCOTE  PA  19095<br>Creditor: 119 - 01<br>Vendor: 800040 | TRADE PAYABLE | | | | | $35.00 |
| MICROSOFT LICENSING, GP<br>PRESIDENT / GEN'L COUNSEL<br>1950 N. STEMMON FWY<br>STE 5010 LB #842467<br>DAKKA  TX  75207<br>Creditor: 120 - 01<br>Vendor: 600499 | TRADE PAYABLE | | | | | $20,432.09 |
| NASSAU INSTALLATION & TRANSFER CO., INC.<br>PRESIDENT / GENERAL COUNSEL<br>63 LAMAR ST.<br>WEST BABYLON  NY  11704<br>Creditor: 121 - 01<br>Vendor: 650176 | TRADE PAYABLE | | | | | $1,016.76 |
| NET ATLANTIC, INC.<br>PRESIDENT / GENERAL COUNSEL<br>10 FEDERAL ST. STE 26<br>SALEM  MA  01970<br>Creditor: 122 - 01<br>Vendor: 650184 | TRADE PAYABLE | | | | | $150.00 |
| NEW WAY LOCKSMITH, INC.<br>PRESIDENT / GENERAL COUNSEL<br>315 W 39TH, STE 504<br>NEW YORK  NY  10018<br>Creditor: 123 - 01<br>Vendor: 650020 | TRADE PAYABLE | | | | | $762.13 |
| NW MUTUAL LIFE<br>PRESIDENT / GENERAL COUNSEL<br>24 PREBLE ST EXTENSION<br>PORTLAND  ME  04102<br>Creditor: 446 - 10<br>Vendor: 650080 | TRADE PAYABLE | | | | | $5,772.86 |

**PAGE TOTAL:**     <u>$28,376.15</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:     ACCOUNTS PAYABLE** | | | | | | |
| NY AQUARIUM SERVICE INC<br>PRESIDENT / GENERAL COUNSEL<br>522 WEST 37TH ST<br>NEW YORK  NY  10018<br>Creditor: 178 - 03<br>Vendor: 650196 | TRADE PAYABLE | | | | | $3,742.10 |
| NYS ASSESSMENT RECEIVABLES<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 4127<br>BINGHAMTON  NY  13902<br>Creditor: 127 - 01<br>Vendor: 650310 | GOVERNMENT LIABILITY | | | | | $120.56 |
| PAETEC COMMUNICATIONS, INC.<br>PRESIDENT / GEN'L COUNSEL<br>PO BOX 1283<br>BUFFALO  NY  14240<br>Creditor: 128 - 01<br>Vendor: 720653 | TRADE PAYABLE | | | | | $4,656.18 |
| PEHLIVANIAN, CHARLES<br>ADDRESS ON FILE<br><br>Creditor: 264 - 08 | BONUS | | | | | $100,000.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>STEVE GRIECO<br>PO BOX 856460<br>LOUSIVILLE  KY  40285<br>Creditor: 129 - 01<br>Vendor: 720060 | TRADE PAYABLE | | | | | $763.64 |
| PITNEY BOWES PURCHASE POWER<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 85042<br>LOUSIVILLE  KY  40285<br>Creditor: 130 - 01<br>Vendor: 720080 | TRADE PAYABLE | | | | | $807.54 |
| QUENCH USA, INC.<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 8500-53203<br>PHILADELPHIA  PA  19178<br>Creditor: 131 - 01<br>Vendor: 730001 | TRADE PAYABLE | | | | | $166.58 |

                                                                                                                                                                                                    **PAGE TOTAL:**          $110,256.60

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:      ACCOUNTS PAYABLE** | | | | | | |
| RD ASSOCIATES LLC<br>PRESIDENT / GENERAL COUNSEL<br>220 W. 19TH ST. STE 2A<br>NEW YORK  NY  10011<br>Creditor: 133 - 01<br>Vendor: 760030 | TRADE PAYABLE | | | | | $843.75 |
| RELIANT TECHNOLOGY<br>PRESIDENT / GENERAL COUNSEL<br>1371 SOUTHLAND CIRCLE NW<br>ATLANTA  GA  30318<br>Creditor: 169 - 03<br>Vendor: 760038 | TRADE PAYABLE | | | | | $15,177.00 |
| RETIREMENT PLANNERS & ADMIN<br>PRESIDENT / GENERAL COUNSEL<br>7639 LEESBURG PIKE<br>FALLS CHURCH  VA  22043<br>Creditor: 135 - 01<br>Vendor: 760049 | TRADE PAYABLE | | | | | $440.00 |
| RICOH USA, INC.<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 827577<br>PHILADELPHIA  PA  19182<br>Creditor: 136 - 01<br>Vendor: 500701 | TRADE PAYABLE | | | | | $1,338.72 |
| RIK DATA SOLUTIONS<br>PRESIDENT / GENERAL COUNSEL<br>9040 TOWN CENTER PARKWAY<br>LAKEWOOD RANCH  FL  34202<br>Creditor: 137 - 01<br>Vendor: 760254 | TRADE PAYABLE | | | | | $3,000.00 |
| SCHERER, CRISTINA<br>ADDRESS ON FILE<br><br>Creditor: 433 - 10<br>Vendor: 300220 | TRADE PAYABLE | | | | | $1,479.62 |
| SIMOTAS, PHILIP<br>ADDRESS ON FILE<br><br>Creditor: 425 - 10<br>Vendor: 720050 | TRADE PAYABLE | | | | | $1,839.24 |

**PAGE TOTAL:**                    $24,118.33

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| SKYLINE<br>PRESIDENT / GENERAL COUNSEL<br>52-39 35TH ST.<br>LONG ISLAND CITY NY 11101<br>Creditor: 140 - 01<br>Vendor: 800050 | TRADE PAYABLE | | | | | $1,442.96 |
| SMITH HANLEY ASSOCIATES LLC<br>THOMAS A HANLEY JR, CEO<br>107 JOHN ST<br>SOUTHPORT CT 06890<br>Creditor: 158 - 98<br>Vendor: 800750 | TRADE PAYABLE | | | | | $25,000.00 |
| SOVEREIGN SERVICE CORPORATION<br>PRESIDENT / GENERAL COUNSEL<br>307 SEVENTH AVE.<br>NEW YORK NY 10001<br>Creditor: 141 - 01<br>Vendor: 800374 | TRADE PAYABLE | | | | | $2,573.28 |
| STATE OF CA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>VIVIAN HO CLAIM AGENT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952<br>Creditor: 107 - 01<br>Vendor: 550660 | GOVERNMENT LIABILITY | | | | | $2,046.00 |
| STORAGE POST<br>PRESIDENT / GENERAL COUNSEL<br>30-28 STARRR AVE.<br>LONG ISLAND CITY NY 11101<br>Creditor: 142 - 01<br>Vendor: 800080 | TRADE PAYABLE | | | | | $3,294.29 |
| SUPERIOR OFFICE SYSTEMS<br>PRESIDENT / GENERAL COUNSEL<br>49 W. 37TH ST. 3RD FL<br>NEW YORK NY 10018<br>Creditor: 143 - 01<br>Vendor: 400155 | TRADE PAYABLE | | | | | $2,345.44 |
| SVENDSGAARD, JOANNE<br>ADDRESS ON FILE<br><br>Creditor: 444 - 10<br>Vendor: 520092 | TRADE PAYABLE | | | | | $2,032.36 |

PAGE TOTAL:                    **$38,734.33**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| TAYLOR, JOHN R.<br>ADDRESS ON FILE<br><br>Creditor: 443 - 10<br>Vendor: 520030 | TRADE PAYABLE | | | | | $1,066.29 |
| THALHEIMER, ROSS<br>ADDRESS ON FILE<br><br>Creditor: 447 - 10<br>Vendor: 760080 | TRADE PAYABLE | | | | | $700.85 |
| THE WASH DEPOT LAUNDROMAT<br>PRESIDENT / GENERAL COUNSEL<br>4814 4TH AVE.<br>BROOKLYN  NY  11220<br>Creditor: 144 - 01<br>Vendor: 820096 | TRADE PAYABLE | | | | | $625.00 |
| TIME WARNER CABLE<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 994<br>BUFFALO  NY  14270<br>Creditor: 145 - 01<br>Vendor: 820071 | TRADE PAYABLE | | | | | $855.04 |
| TIME WARNER CABLE<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 994<br>BUFFALO  NY  14270<br>Creditor: 145 - 01<br>Vendor: 820071 | TRADE PAYABLE | | | | | $767.72 |
| TRIBRIDGE, INC<br>PRESIDENT / GENERAL COUNSEL<br>4830 W KENNEDY BLVD<br>TAMPA  FL  33609<br>Creditor: 173 - 03<br>Vendor: 420100 | TRADE PAYABLE | | | | | $5,351.90 |
| UNIQUE PRINTING & STATIONARY<br>PRESIDENT / GENERAL COUNSEL<br>11 MAIDEN LN.<br>NEW YORK  NY  10038<br>Creditor: 146 - 01<br>Vendor: 840100 | TRADE PAYABLE | | | | | $130.65 |

**PAGE TOTAL:**          **$9,497.45**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| VERIZON<br>PRESIDENT / GENERAL COUNSEL<br>500 TECHNOLOGY DR. STE 840<br>WELDON SPRINGS  MO  63304<br>Creditor: 448 - 10<br>Vendor: 850047 | TRADE PAYABLE | | | | | $727.27 |
| VERIZON<br>PRESIDENT / GENERAL COUNSEL<br>500 TECHNOLOGY DR. STE 840<br>WELDON SPRINGS  MO  63304<br>Creditor: 448 - 10<br>Vendor: 850047 | TRADE PAYABLE | | | | | $2,643.62 |
| W.B. MASON COMPANY, INC.<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 111<br>59 CENTRE ST.<br>BROCKTON  MA  02304<br>Creditor: 149 - 01<br>Vendor: 880000 | TRADE PAYABLE | | | | | $3,036.72 |
| WILLKIE FARR & GALLAGHER LLP<br>MANAGER PARTNER<br>787 SEVENTH AVE.<br>NEW YORK  NY  10019<br>Creditor: 154 - 01<br>Vendor: 880101 | PROFESSIONAL FEES | | | | | $81,095.46 |
| WITHERS BERGMAN LLP<br>PRESIDENT/GENERAL COUNSEL<br>PO BOX 1685<br>NEW HAVEN  CT  06507<br>Creditor: 150 - 01<br>Vendor: 880072 | PROFESSIONAL FEES | | | | | $93,856.30 |
| ZENTZ, MICHAEL T<br>ADDRESS ON FILE<br><br>Creditor: 756 - 15 | | X | X | | | UNLIQUIDATED |
| **TOTAL SUB SCHEDULE:  ACCOUNTS PAYABLE** | | | | | | **$34,659,026.49** |

**PAGE TOTAL:**                    **$181,359.37**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.                    Case No.: 13-13380 (REB)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    INTERCOMPANY PAYABLES** | | | | | | |
| FX CONCEPTS (FRANCE) LTD. PRESIDENT / GENERAL COUNSEL 3 PARK AVE, 30TH FLOOR NEW YORK  NY  10016 Creditor: 338 - 18 | INTERCOMPANY PAYABLE | | | | | $131,777.34 |
| FX CONCEPTS (SWITZERLAND) GMBH PRESIDENT / GENERAL COUNSEL 3 PARK AVE, 30TH FLOOR NEW YORK  NY  10016 Creditor: 336 - 18 | INTERCOMPANY PAYABLE | | | | | $138,810.74 |
| FX CONCEPTS (UK HOLDINGS) LTD. PRESIDENT / GENERAL COUNSEL 3 PARK AVE, 30TH FLOOR NEW YORK  NY  10016 Creditor: 337 - 18 | INTERCOMPANY PAYABLE | | | | | $754,901.60 |
| FX CONCEPTS, INC. PRESIDENT / GENERAL COUNSEL 3 PARK AVE, 30TH FLOOR NEW YORK  NY  10016 Creditor: 335 - 18 | INTERCOMPANY PAYABLE | | | | | $14,979,638.38 |
| **TOTAL SUB SCHEDULE:  INTERCOMPANY PAYABLES** | | | | | | **$16,005,128.06** |
| **TOTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS:** | | | | | | **$50,664,154.55** |

PAGE TOTAL:                    $16,005,128.06

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:   **13-13380 (REB)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§ 112; Fed. R.Bankr.P. 1007(m).

**See Attached**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                                      Case No.: 13-13380 (REB)

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| 3 PARK AVENUE BUILDING CO LLP<br>ANDREW SMITH<br>COHEN BROTHERS REALTY CORP<br>750 LEXINGTON AVE 28TH FL<br>NEW YORK  NY  10022<br>Creditor: 86 | NON-RESIDENTIAL REAL PROPERTY LEASE<br>LOCATION:  3 PARK AVENUE, NEW YORK, NY 10016 |
| ADLER, BENJAMIN<br>ADDRESS ON FILE<br><br>Creditor: 92 | EMPLOYMENT CONTRACT -- COBRA SEVERANCE AGREEMENT |
| BLOOMBERG FINANCE LP<br>PRESIDENT / GENERAL COUNSEL<br>731 LEXINGTON AVE<br>NEW YORK  NY  10022<br>Creditor: 197 | CONTRACT -- TERMINALS, EXCHANGE COST, EMAIL LOCKBOX AND DATA FEED |
| CURRENEX INC.<br>PRESIDENT / GENERAL COUNSEL<br>1230 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK  NY  10020<br>Creditor: 319 | DATA FEED AGREEMENT |
| EBS DEALING RESOURCES INC<br>PRESIDENT / GENERAL COUNSEL<br>1 UPPER POND RD<br>BLDG F, FL 3<br>PARSIPPANY  NJ  07054<br>Creditor: 214 | DATA FEED AGREEMENT |
| EZECASTLE INTEGRATION<br>PRESIDENT / GENERAL COUNSEL<br>ONE FEDERAL ST., 9TH FL<br>BOSTON  MA  02110<br>Creditor: 104 | ECI NET AGREEMENT |
| KIM, JENNIFER<br>ADDRESS ON FILE<br><br>Creditor: 168 | EMPLOYMENT CONTRACT -- COBRA SEVERANCE AGREEMENT |
| MATHWORKS, INC., THE<br>PRESIDENT / GENERAL COUNSEL<br>3 APPLE HILL DR<br>NATICK  MA  01760-2098<br>Creditor: 320 | MATLAB SOFTWARE LICENSES AND TOOL BOXES TO BUILD MODELS |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: 13-13380 (REB)

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| PEHLIVANIAN, CHARLES<br>ADDRESS ON FILE<br><br>Creditor: 96 | EMPLOYMENT CONTRACT -- GUARANTEED BONUS OF $100,000 |
| SCHERER, CHRISTINA<br>ADDRESS ON FILE<br><br>Creditor: 97 | EMPLOYMENT CONTRACT -- COBRA SEVERANCE AGREEMENT |
| TRUVISO, INC.<br>PRESIDENT / GENERAL COUNSEL<br>1065 E HILLSDALE BOULEVARD, SUITE 230<br>FOSTER CITY  CA  94404<br>Creditor: 321 | SOFTWARE LICENSE AGREEMENT |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:  13-13380 (REB)

---

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.

If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§ 112; Fed. R. Bankr.P. 1007(m).

**See Attached**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:   **13-13380 (REB)**

**SCHEDULE H - CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.

| Name and Address of Creditor | Name and Address of Codebtor |
|---|---|
| ASSET MANAGEMENT FINANCE, LLC<br>PRESIDENT / GENERAL COUNSEL<br>C/O CREDIT SUISSE<br>1 MADISON AVE, 6TH FLOOR<br>NEW YORK, NY 10010 | INTERNATIONAL FOREIGN EXCHANGE CONCEPTS<br>HOLDINGS, INC.<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016<br><br>JOHN R. TAYLOR<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 |