# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**INTERNATIONAL FOREIGN EXCHANGE**<br>**CONCEPTS, L.P.**<br><div align="right">**Debtor.**</div> | **Case No.   13-13380 (REB)**<br><br>**Chapter 11** |

## STATEMENT OF FINANCIAL AFFAIRS

The Debtor submits its Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used its best efforts to compile the information contained in the Statement, based on its books and records maintained in the ordinary course of its business.

The Statement remains subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Statement. The Debtor reserves the right to amend the Statement from time to time as may be necessary or appropriate.

### <u>Declaration</u>

I, Michael Meenan, declare under penalty of perjury that I have reviewed the information contained in this Statement, and subject to any and all notes applicable to the Statement and my reliance on the Debtor's personnel to the extent involved in the preparation of this Statement, that it is true and correct to the best of my knowledge, information and belief.

Dated: <u>November 25, 2013</u>

/s/ *Michael Meenan*
_____
Signature

Michael Meenan
_____
Name

Chief Restructuring Officer
_____
Title

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.: **13-13380 (REB)**

1.      **INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

**None**

☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and the ending dates of the debtor's fiscal year).

| AMOUNT | PERIOD | SOURCE (if more than one) |
|---|---|---|
| $19,323,555.31 | 01/01/11 - 12/31/11 | NET INCOME |
| $12,940,159.17 | 01/01/12 - 12/31/12 | NET INCOME |
| ($10,183,097.70) | 01/01/13 - 09/30/13 | NET INCOME |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

**2.    INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the
[X]    debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.

| AMOUNT | PERIOD | SOURCE |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No:   13-13380 (REB)

3.    **PAYMENTS TO CREDITORS**

**Complete a. or b., as appropriate and c.**

None      a.    Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods
[X]            or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case
                if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with
                an asterisk (*) any payments that were made to a creditor on an account of a domestic support obligation or as part of
                an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No:   13-13380 (REB)

---

**3.     PAYMENTS TO CREDITORS**

None     b.   Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within
☐           **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes
            or is affected by such transfer is not less than $6,225.

---

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | SEE ATTACHED | |

## Statement of Financial Affairs
## 3B. Payments to Creditors

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

| Creditor | Check #/Wire | Date | Amount | | |
|---|---|---|---|---|---|
| 3 PARK AVENUE BUILDING CO LLP | 015296 | 08/01/13 | $84,813.37 | | |
| ANDREW SMITH | 051349 | 09/10/13 | $85,904.05 | | |
| COHEN BROTHERS REALTY CORP | | | | | |
| 750 LEXINGTON AVE 28TH FL | | | | **Total:** | **$170,717.42** |
| NEW YORK NY 10022 | | | | | |
| Creditor Id: 87 | | | | | |
| Vendor Id: 100001 | | | | | |
| ADP TOTAL SOURCE ADP/PAYROLL/FEES | WIRE | 07/29/13 | $48,592.57 | | |
| 11 NORTHEASTERN BOULEVARD | WIRE | 08/05/13 | $304,205.29 | | |
| SALEM NH 03079 | WIRE | 08/05/13 | $7,502.06 | | |
| Creditor Id: 738 | WIRE | 08/06/13 | $12,640.86 | | |
| | WIRE | 08/14/13 | $49,019.33 | | |
| | WIRE | 08/29/13 | $292,972.03 | | |
| | WIRE | 09/12/13 | $46,225.16 | | |
| | WIRE | 09/30/13 | $3,946.29 | | |
| | WIRE | 09/30/13 | $241,476.37 | | |
| | WIRE | 10/16/13 | $50,598.07 | | |
| | WIRE | 10/16/13 | $26,459.46 | | |
| | | | | **Total:** | **$1,083,637.49** |
| AMEX - BERNARD | 082313 | 08/23/13 | $6,506.90 | | |
| PRESIDENT / GENERAL COUNSEL | WIRE | 09/13/13 | $7,475.22 | | |
| WORLD FINANCIAL CENTER | | | | | |
| 200 VESEY ST | | | | **Total:** | **$13,982.12** |
| NEW YORK NY 10285 | | | | | |
| Creditor Id: 428 | | | | | |
| Vendor Id: 100215 | | | | | |
| CHUBB & SON | 051346 | 08/27/13 | $8,578.25 | | |
| PRESIDENT / GENERAL COUNSEL | | | | | |
| PO BOX 382001 | | | | **Total:** | **$8,578.25** |
| PITTSBURGH PA 15250 | | | | | |
| Creditor Id: 181 | | | | | |
| Vendor Id: 300755 | | | | | |
| CLARK, JONATHAN H. | WIRE | 08/01/13 | $10,507.36 | | |
| ADDRESS ON FILE | 051305 | 08/26/13 | $11,075.18 | | |
| Creditor Id: 216 | WIRE | 08/30/13 | $10,507.36 | | |
| | | | | **Total:** | **$32,089.90** |
| COHEN BROTHERS REALTY CORPORATION | 015253 | 07/19/13 | $5,569.00 | | |
| PRESIDENT/ GEN'L COUNSEL | 051315 | 08/27/13 | $5,476.15 | | |
| 750 LEXINGTON DR | | | | | |
| NEW YORK NY 10022 | | | | **Total:** | **$11,045.15** |
| Creditor Id: 98 | | | | | |
| Vendor Id: 300667 | | | | | |
| DIRUSSO, RENATO | WIRE | 08/01/13 | $12,571.74 | | |
| ADDRESS ON FILE | WIRE | 08/30/13 | $12,571.74 | | |
| Creditor Id: 291 | | | | | |
| | | | | **Total:** | **$25,143.48** |
| EZECASTLE INTEGRATION | 015250 | 07/19/13 | $12,560.00 | | |
| PRESIDENT / GENERAL COUNSEL | 051301 | 08/26/13 | $7,676.05 | | |
| ONE FEDERAL ST, 9TH FL | WIRE | 10/16/13 | $20,487.61 | | |
| BOSTON MA 02110 | | | | **Total:** | **$40,723.66** |
| Creditor Id: 209 | | | | | |
| Vendor Id: 200071 | | | | | |
| FINN DIXON & HERLING LLP | WIRE | 09/09/13 | $25,000.00 | | |
| COUNSEL TO THE DEBTORS | WIRE | 09/23/13 | $10,000.00 | | |
| HENRY P BAER JR, ESQ | WIRE | 09/30/13 | $10,000.00 | | |
| TONY MIODONKA, ESQ | WIRE | 10/04/13 | $20,000.00 | | |
| 177 BROAD ST | WIRE | 10/08/13 | $10,000.00 | | |
| STAMFORD CT 06901 | | | | **Total:** | **$75,000.00** |
| Creditor Id: 186 | | | | | |
| Vendor Id: 440330 | | | | | |

## Statement of Financial Affairs
## 3B. Payments to Creditors

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| FX CONCEPTS (UK HOLDINGS) LTD. | WIRE | 09/13/13 | $30,000.00 |
| ALLEN HOUSE | | | |
| 1 WESTMEAD RD | | | **Total:**   **$30,000.00** |
| SUTTON, SURREY | | | |
| UNITED KINGDOM | | | |
| Creditor Id: 684 | | | |
| GO TO PREMIUM FINANCE | 015281 | 07/19/13 | $13,307.42 |
| PRESIDENT / GEN'L COUNSEL | 015282 | 07/19/13 | $16,293.64 |
| PO BOX 4312 | 015283 | 07/19/13 | $4,134.86 |
| WOODLAND HILLS CA 91365 | 015284 | 07/19/13 | $4,548.35 |
| Creditor Id: 163 | 015285 | 07/19/13 | $8,663.62 |
| | 015286 | 07/19/13 | $9,901.28 |
| | 015292 | 07/24/13 | $7,121.45 |
| | 051317 | 08/27/13 | $13,307.42 |
| | 051318 | 08/27/13 | $16,293.64 |
| | 051319 | 08/27/13 | $4,134.86 |
| | 051320 | 08/27/13 | $4,548.35 |
| | 051321 | 08/27/13 | $8,663.62 |
| | 051322 | 08/27/13 | $9,901.28 |
| | 051323 | 08/27/13 | $7,121.45 |
| | WIRE | 09/20/13 | $7,121.45 |
| | WIRE | 09/20/13 | $16,293.64 |
| | WIRE | 09/20/13 | $13,307.42 |
| | WIRE | 09/20/13 | $4,548.35 |
| | WIRE | 09/20/13 | $4,134.86 |
| | WIRE | 09/20/13 | $8,663.62 |
| | WIRE | 09/20/13 | $9,901.28 |
| | WIRE | 10/11/13 | $63,569.26 |
| | WIRE | 10/11/13 | $78,569.26 |
| | | | **Total:**   **$334,050.38** |
| GRAMERCY PARK ADVISORS | 015256 | 07/19/13 | $50,110.60 |
| 700 H LAKE ST, SUITE A | 051304 | 08/26/13 | $50,110.60 |
| RAMSEY NJ 07446 | | | |
| Creditor Id: 682 | | | **Total:**   **$100,221.20** |
| Vendor Id: 460036 | | | |
| INTERNATIONAL FOREIGN EXCHANGE CONCEPTS | WIRE | 07/22/13 | $136,000.00 |
| HOLDINGS | WIRE | 08/01/13 | $1,600.00 |
| PRESIDENT / GENERAL COUNSEL | | | |
| 3 PARK AVENUE | | | **Total:**   **$137,600.00** |
| NEW YORK NY 10016 | | | |
| Creditor Id: 334 | | | |
| IPFS CORPORATION | 015288 | 07/19/13 | $4,193.39 |
| PRESIDENT / GENERAL COUNSEL | 051327 | 08/27/13 | $4,193.99 |
| 1001 WINSTEAD DR SUITE 500 | WIRE | 10/16/13 | $4,612.13 |
| CARY NC 27513 | | | |
| Creditor Id: 182 | | | **Total:**   **$12,999.51** |
| Vendor Id: 500017 | | | |
| KINETIC PARTNERS | 015261 | 07/19/13 | $22,620.00 |
| PRESIDENT / GENERAL COUNSEL | | | |
| 675 THIRD AVE, 10TH FL | | | **Total:**   **$22,620.00** |
| NEW YORK NY 10017 | | | |
| Creditor Id: 195 | | | |
| Vendor Id: 540449 | | | |
| LEWIN, KURT | WIRE | 08/05/13 | $6,400.00 |
| EAST 71ST ST | WIRE | 09/06/13 | $6,400.00 |
| NEW YORK NY 10021 | WIRE | 10/01/13 | $6,400.00 |
| Creditor Id: 726 | | | |
| | | | **Total:**   **$19,200.00** |
| LOCK, BERNARD | WIRE | 08/01/13 | $6,073.92 |
| 68 TREVOSE CRESCENT | WIRE | 09/03/13 | $4,553.04 |
| #03-06 TREVOSE PARK | WIRE | 10/01/13 | $4,807.73 |
|  298069 | | | |
| SINGAPORE | | | **Total:**   **$15,434.69** |
| Creditor Id: 678 | | | |

**Statement of Financial Affairs**
**3B. Payments to Creditors**

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

| Creditor | Check #/Wire | Date | Amount | |
|---|---|---|---|---|
| MG TRUST CO LLC | WIRE | 08/19/13 | $12,796.79 | |
| 717 17TH ST, STE 1300 | WIRE | 09/20/13 | $10,391.79 | |
| DENVER CO 80202 | WIRE | 10/16/13 | $19,094.64 | |
| Creditor Id: 650 | | | **Total:** | **$42,283.22** |
| NYC DEPT OF FINANCE | 051358 | 09/19/13 | $10,447.69 | |
| LEGAL AFFAIRS | | | | |
| 345 ADAMS ST, 3RD FL | | | **Total:** | **$10,447.69** |
| BROOKLYN NY 12201 | | | | |
| Creditor Id: 3 | | | | |
| NYS DEPT TAXATION & FINANCE | 051332 | 08/27/13 | $50.00 | |
| BANKRUPTCY/SPECIAL PROCEDURES SECTION | 051352 | 09/13/13 | $29,200.00 | |
| PO BOX 5300 | WIRE | 09/20/13 | $1,366.71 | |
| ALBANY NY 12205-0300 | | | | |
| Creditor Id: 2 | | | **Total:** | **$30,616.71** |
| REUTERS, THOMSON | 082713 | 08/27/13 | $17,245.80 | |
| PO BOX 415983 | 082813 | 08/27/13 | $4,045.74 | |
| BOSTON MA 02241 | | | | |
| Creditor Id: 200 | | | **Total:** | **$21,291.54** |
| Vendor Id: 400118 | | | | |
| SAVAGE, ROBERT | 051306 | 08/26/13 | $13,647.29 | |
| ADDRESS ON FILE | 051347 | 08/27/13 | $5,738.79 | |
| Creditor Id: 666 | | | **Total:** | **$19,386.08** |
| Vendor Id: 760067 | | | | |
| SCHWAB, CHARLES | WIRE | 08/19/13 | $13,731.23 | |
| 2423 E. LINCOLN DR | WIRE | 09/20/13 | $13,731.23 | |
| PHOENIX AZ 85016 | WIRE | 10/16/13 | $13,731.23 | |
| Creditor Id: 706 | | | **Total:** | **$41,193.69** |
| SIMOTAS, PHILIP | WIRE | 08/01/13 | $13,188.35 | |
| ADDRESS ON FILE | WIRE | 08/30/13 | $13,188.35 | |
| Creditor Id: 425 | | | **Total:** | **$26,376.70** |
| Vendor Id: 720050 | | | | |
| SMITH HANLEY ASSOCIATES LLC | 015274 | 07/19/13 | $25,000.00 | |
| THOMAS A HANLEY JR, CEO | | | | |
| 107 JOHN ST | | | **Total:** | **$25,000.00** |
| SOUTHPORT CT 06890 | | | | |
| Creditor Id: 152 | | | | |
| Vendor Id: 800750 | | | | |
| SWEENEY, RAYMOND | 015268 | 07/19/13 | $6,200.58 | |
| ADDRESS ON FILE | 015289 | 07/19/13 | $10,375.00 | |
| Creditor Id: 220 | 051359 | 09/20/13 | $10,375.00 | |
| | | | **Total:** | **$26,950.58** |
| TAYLOR, JOHN R. | WIRE | 08/01/13 | $12,734.65 | |
| ADDRESS ON FILE | WIRE | 08/07/13 | $14,000.00 | |
| Creditor Id: 276 | WIRE | 08/30/13 | $12,734.65 | |
| | | | **Total:** | **$39,469.30** |
| THE FIDUCIARY GROUP, INC. | 015298 | 08/07/13 | $10,000.00 | |
| 43 LOCUST | | | | |
| BRONXVILLE NY 10708 | | | **Total:** | **$10,000.00** |
| Creditor Id: 669 | | | | |
| Vendor Id: 820777 | | | | |
| TILNEY, HUGH J. | 015257 | 07/19/13 | $933.98 | |
| ADDRESS ON FILE | WIRE | 08/01/13 | $14,865.05 | |
| Creditor Id: 219 | WIRE | 08/30/13 | $14,865.05 | |
| | | | **Total:** | **$30,664.08** |
| VERIZON | 015277 | 07/19/13 | $2,631.22 | |
| PRESIDENT / GENERAL COUNSEL | 015278 | 07/19/13 | $488.71 | |
| 500 TECHNOLOGY DR. STE 840 | 051343 | 08/27/13 | $464.05 | |
| WELDON SPRINGS MO 63304 | 051365 | 09/25/13 | $2,643.62 | |
| Creditor Id: 448 | | | | |
| Vendor Id: 850047 | | | **Total:** | **$6,227.60** |

## Statement of Financial Affairs
## 3B. Payments to Creditors

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| WEEDMAN, LEONARD | 015262 | 07/19/13 | $1,729.88 |
| ADDRESS ON FILE | 015294 | 07/29/13 | $4,487.60 |
| Creditor Id:  243 | 051354 | 09/17/13 | $1,004.59 |
| | 051362 | 09/20/13 | $3,184.05 |
| | | **Total:** | **$10,406.12** |
| WITHERS BERGMAN LLP | 015295 | 07/29/13 | $13,526.67 |
| PRESIDENT/GENERAL COUNSEL | 002137 | 08/23/13 | $43,410.04 |
| PO BOX 1685 | WIRE | 09/04/13 | $25,000.00 |
| NEW HAVEN CT 06507 | WIRE | 09/11/13 | $10,000.00 |
| Creditor Id:  150 | WIRE | 09/18/13 | $10,000.00 |
| Vendor Id:  880072 | WIRE | 09/26/13 | $20,000.00 |
| | WIRE | 09/30/13 | $10,000.00 |
| | WIRE | 10/04/13 | $10,000.00 |
| | WIRE | 10/08/13 | $10,000.00 |
| | WIRE | 10/11/13 | $15,000.00 |
| | | **Total:** | **$166,936.71** |
| | | **Total:** | **$2,640,293.27** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No:   13-13380 (REB)

---

### 3.     PAYMENTS TO CREDITORS

None    c.   All debtors: List all payments made within **one year** immediately preceding the commencement of this case
☐           to or for the benefit of creditors who are or were insiders.

---

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | SEE ATTACHED | | |

## Statement of Financial Affairs
## 3C. Payments to Insiders

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.:   13-13380 (REB)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| CLARK, JONATHAN H. | WIRE | 11/01/12 | $18,635.08 | NET PAYROLL |
| ADDRESS ON FILE | WIRE | 12/01/12 | $18,635.08 | NET PAYROLL |
| Creditor Id:  216 | WIRE | 01/01/13 | $19,981.77 | NET PAYROLL |
| | WIRE | 01/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 02/01/13 | $20,157.69 | NET PAYROLL |
| | WIRE | 02/01/13 | $15,973.78 | EXPENSE REIMBURSEMENT |
| | WIRE | 03/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 03/01/13 | $13,841.14 | NET PAYROLL |
| | WIRE | 04/01/13 | $13,841.14 | NET PAYROLL |
| | WIRE | 04/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 05/01/13 | $13,841.14 | NET PAYROLL |
| | WIRE | 06/01/13 | $11,537.14 | NET PAYROLL |
| | WIRE | 07/01/13 | $10,793.12 | NET PAYROLL |
| | WIRE | 08/01/13 | $10,507.36 | NET PAYROLL |
| | WIRE | 08/01/13 | $11,075.18 | EXPENSE REIMBURSEMENT |
| | 51305 | 08/26/13 | $11,075.18 | EXPENSE REIMBURSEMENT |
| | WIRE | 09/01/13 | $10,507.36 | NET PAYROLL |
| | | | **Total:** | **$203,402.15** |
| DIRUSSO, RENATO | WIRE | 11/01/12 | $20,560.70 | NET PAYROLL |
| ADDRESS ON FILE | WIRE | 12/01/12 | $20,560.70 | NET PAYROLL |
| Creditor Id:  291 | WIRE | 01/01/13 | $14,285.07 | NET PAYROLL |
| | WIRE | 02/01/13 | $14,445.88 | NET PAYROLL |
| | WIRE | 03/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 03/01/13 | $1,145.93 | NET PAYROLL |
| | WIRE | 04/01/13 | $14,343.99 | NET PAYROLL |
| | WIRE | 04/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 05/01/13 | $13,596.49 | NET PAYROLL |
| | WIRE | 06/01/13 | $13,596.49 | NET PAYROLL |
| | WIRE | 07/01/13 | $1,333.30 | EXPENSE REIMBURSEMENT |
| | WIRE | 07/01/13 | $12,872.26 | NET PAYROLL |
| | WIRE | 08/01/13 | $12,571.74 | NET PAYROLL |
| | WIRE | 08/01/13 | $3,503.52 | EXPENSE REIMBURSEMENT |
| | WIRE | 09/01/13 | $12,571.74 | NET PAYROLL |
| | | | **Total:** | **$157,387.80** |
| FX CONCEPTS (UK HOLDINGS) LTD. | WIRE | 09/13/13 | $30,000.00 | INTERCOMPANY |
| ALLEN HOUSE | | | **Total:** | **$30,000.00** |
| 1 WESTMEAD RD | | | | |
| SUTTON, SURREY | | | | |
| UNITED KINGDOM | | | | |
| Creditor Id:  684 | | | | |
| INTERNATIONAL FOREIGN EXCHANGE CONCEPTS HOLDINGS | WIRE | 07/22/13 | $136,000.00 | INTERCOMPANY |
| PRESIDENT / GENERAL COUNSEL | WIRE | 08/01/13 | $1,600.00 | INTERCOMPANY |
| 3 PARK AVENUE | | | **Total:** | **$137,600.00** |
| NEW YORK NY 10016 | | | | |
| Creditor Id:  334 | | | | |

**Statement of Financial Affairs**
**3C. Payments to Insiders**

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.:   13-13380 (REB)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| SAVAGE, ROBERT | WIRE | 01/01/13 | $9,697.78 | NET PAYROLL |
| ADDRESS ON FILE | WIRE | 02/01/13 | $647.33 | EXPENSE REIMBURSEMENT |
| Creditor Id:  666 | WIRE | 02/01/13 | $9,697.78 | NET PAYROLL |
| Vendor Id:  760067 | WIRE | 03/01/13 | $8,605.84 | EXPENSE REIMBURSEMENT |
| | WIRE | 03/01/13 | $9,697.79 | NET PAYROLL |
| | WIRE | 04/01/13 | $9,697.78 | NET PAYROLL |
| | WIRE | 05/01/13 | $9,697.79 | NET PAYROLL |
| | WIRE | 06/01/13 | $9,660.00 | NET PAYROLL |
| | WIRE | 07/01/13 | $9,660.02 | NET PAYROLL |
| | WIRE | 08/01/13 | $19,386.08 | EXPENSE REIMBURSEMENT |
| | WIRE | 08/01/13 | $9,820.81 | NET PAYROLL |
| | 51306 | 08/26/13 | $13,647.29 | EXPENSE REIMBURSEMENT |
| | 51347 | 08/27/13 | $5,738.79 | EXPENSE REIMBURSEMENT |
| | WIRE | 09/01/13 | $29.47 | EXPENSE REIMBURSEMENT |
| | WIRE | 10/01/13 | $36.73 | EXPENSE REIMBURSEMENT |
| | | | **Total:** | **$125,721.28** |
| SIMOTAS, PHILIP | WIRE | 11/01/12 | $644.10 | EXPENSE REIMBURSEMENT |
| ADDRESS ON FILE | WIRE | 11/01/12 | $18,815.56 | NET PAYROLL |
| Creditor Id:  425 | WIRE | 12/01/12 | $18,815.56 | NET PAYROLL |
| Vendor Id:  720050 | WIRE | 12/01/12 | $713.68 | EXPENSE REIMBURSEMENT |
| | WIRE | 01/01/13 | $20,368.56 | NET PAYROLL |
| | WIRE | 01/01/13 | $2,511.74 | EXPENSE REIMBURSEMENT |
| | WIRE | 02/01/13 | $20,529.37 | NET PAYROLL |
| | WIRE | 02/01/13 | $1,741.28 | EXPENSE REIMBURSEMENT |
| | WIRE | 03/01/13 | $8,481.91 | EXPENSE REIMBURSEMENT |
| | WIRE | 03/01/13 | $14,212.83 | NET PAYROLL |
| | WIRE | 04/01/13 | $14,212.83 | NET PAYROLL |
| | WIRE | 04/01/13 | $1,442.55 | EXPENSE REIMBURSEMENT |
| | WIRE | 05/01/13 | $14,212.83 | NET PAYROLL |
| | WIRE | 05/01/13 | $524.77 | EXPENSE REIMBURSEMENT |
| | WIRE | 06/01/13 | $448.07 | EXPENSE REIMBURSEMENT |
| | WIRE | 06/01/13 | $14,212.83 | NET PAYROLL |
| | WIRE | 07/01/13 | $13,505.93 | NET PAYROLL |
| | WIRE | 08/01/13 | $547.00 | EXPENSE REIMBURSEMENT |
| | WIRE | 08/01/13 | $13,188.35 | NET PAYROLL |
| | WIRE | 09/01/13 | $13,188.35 | NET PAYROLL |
| | WIRE | 09/01/13 | $2,264.24 | EXPENSE REIMBURSEMENT |
| | | | **Total:** | **$194,582.33** |

**Statement of Financial Affairs**
**3C. Payments to Insiders**

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.:   13-13380 (REB)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| TAYLOR, JOHN R. | WIRE | 11/01/12 | $18,178.67 | NET PAYROLL |
| ADDRESS ON FILE | WIRE | 12/01/12 | $18,178.67 | NET PAYROLL |
| Creditor Id:  276 | WIRE | 01/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 01/01/13 | $20,119.10 | NET PAYROLL |
| | WIRE | 02/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 02/01/13 | $20,279.91 | NET PAYROLL |
| | WIRE | 03/01/13 | $1,125.92 | EXPENSE REIMBURSEMENT |
| | WIRE | 03/01/13 | $13,963.37 | NET PAYROLL |
| | WIRE | 04/01/13 | $13,963.37 | NET PAYROLL |
| | WIRE | 04/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 05/01/13 | $940.37 | EXPENSE REIMBURSEMENT |
| | WIRE | 05/01/13 | $13,963.37 | NET PAYROLL |
| | WIRE | 06/01/13 | $13,963.37 | NET PAYROLL |
| | WIRE | 07/01/13 | $12,953.95 | NET PAYROLL |
| | WIRE | 08/01/13 | $12,734.65 | NET PAYROLL |
| | WIRE | 09/01/13 | $12,734.65 | NET PAYROLL |
| | | | **Total:** | **$176,099.36** |
| TILNEY, HUGH J. | WIRE | 11/01/12 | $20,846.80 | NET PAYROLL |
| ADDRESS ON FILE | WIRE | 12/01/12 | $20,846.80 | NET PAYROLL |
| Creditor Id:  219 | WIRE | 12/01/12 | $4,946.17 | EXPENSE REIMBURSEMENT |
| | WIRE | 01/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 01/01/13 | $22,249.73 | NET PAYROLL |
| | WIRE | 02/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 02/01/13 | $22,349.15 | NET PAYROLL |
| | WIRE | 03/01/13 | $16,032.60 | NET PAYROLL |
| | WIRE | 03/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 04/01/13 | $1,000.00 | HEALTH SAVINGS ACCOUNT |
| | WIRE | 04/01/13 | $16,032.60 | NET PAYROLL |
| | WIRE | 05/01/13 | $16,032.60 | NET PAYROLL |
| | WIRE | 05/01/13 | $2,327.36 | EXPENSE REIMBURSEMENT |
| | WIRE | 06/01/13 | $16,032.60 | NET PAYROLL |
| | WIRE | 07/01/13 | $15,063.39 | NET PAYROLL |
| | WIRE | 07/01/13 | $933.98 | EXPENSE REIMBURSEMENT |
| | 15257 | 07/19/13 | $933.98 | EXPENSE REIMBURSEMENT |
| | WIRE | 08/01/13 | $14,865.05 | NET PAYROLL |
| | WIRE | 09/01/13 | $14,865.05 | NET PAYROLL |
| | | | **Total:** | **$208,357.87** |
| | | | **Total:** | **$1,233,150.78** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: **13-13380 (REB)**

4.    **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

**None**     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
[X]             preceding the filing of this bankruptcy case.

**CASE NO.:**
**CAPTION OF SUIT:**


**COURT OR AGENCY OR LOCATION:**

**NATURE OF PROCEEDING:**
**STATUS OR DISPOSITION:**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

**4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
[X]           **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                              **Case No.: 13-13380 (REB)**

---

5.      **REPOSSESSIONS, FORECLOSURES AND RETURNS**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu

[X]     of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                              **Case No.: 13-13380 (REB)**

---

6.      **ASSIGNMENTS AND RECEIVERSHIPS**

None      a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding
[X]           the commencement of this case.

---

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

6.      **ASSIGNMENTS AND RECEIVERSHIPS**

None    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within
[X]          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

---

**7.     GIFTS**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
[X]    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.

---

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

---

## 8.    LOSSES

**None**    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement

☒    of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

---

**9.      PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

**None**    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐          for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
           bankruptcy within **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| | SEE ATTACHED | |

**Statement of Financial Affairs**
## 9. Payments Related to Debt Counseling or Bankruptcy

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.:   13-13380 (REB)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| FINN DIXON & HERLING LLP | WIRE | 09/09/13 | $25,000.00 |
| COUNSEL TO THE DEBTORS | WIRE | 09/23/13 | $10,000.00 |
| HENRY P BAER JR, ESQ | WIRE | 09/30/13 | $10,000.00 |
| TONY MIODONKA, ESQ | WIRE | 10/04/13 | $20,000.00 |
| 177 BROAD ST | WIRE | 10/08/13 | $10,000.00 |
| STAMFORD CT 06901 | WIRE | 10/17/13 | $5,000.00 |
| Creditor Id:  186 | | | |
| Vendor Id:  440330 | | **Total:** | **$80,000.00** |

**Total:**                    **$80,000.00**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**        Case No.: 13-13380 (REB)

10.    OTHER TRANSFERS

**None**    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the

[x]    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

---

10.     **OTHER TRANSFERS**

**None**    b. List all property, transferred by the debtor within **ten years** immediately preceding the commencement of this case

[X]         to a self settled trust or similar device of which the debtor is a beneficiary.

---

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

---

## 11.    CLOSED FINANCIAL ACCOUNTS

**None**

**[X]**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

---

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**           Case No.: 13-13380 (REB)

### 12.    SAFE DEPOSIT BOXES

**None**    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables

[X]    within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re: INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

---

**13.    SETOFFS**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days**

[x]    preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

</div>

---

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

---

**14.    PROPERTY HELD FOR ANOTHER PERSON**

**None**     List all property owned by another person that the debtor holds or controls.

[X]

---

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                          **Case No.: 13-13380 (REB)**

---

### 15.    PRIOR ADDRESS OF DEBTOR

**None**    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises

☐         which the debtor occupied during that period and vacated prior to the commencement of this case.

---

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| 225 WEST 34TH STREET, 7TH FLOOR<br>NEW YORK, NY 10122 | INTERNATIONAL FOREIGN EXCHANGE<br>CONCEPTS, L.P. | **From:** 1999<br>**To:**  2011 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    **Case No.: 13-13380 (REB)**

---

16.    **SPOUSES AND FORMER SPOUSES**

None

[x]    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

NAME

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**     Case No.: 13-13380 (REB)

---

17.    **ENVIRONMENTAL INFORMATION**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**
[X]    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**        **Case No.: 13-13380 (REB)**

---

17.    **ENVIRONMENTAL INFORMATION**

**None**        b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
⊠            Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**        **Case No.: 13-13380 (REB)**

17.      **ENVIRONMENTAL INFORMATION**

**None**

[X]

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.: 13-13380 (REB)

---

## 18.    NATURE, LOCATION AND NAME OF BUSINESS

**None**    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
☐           beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
            of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity
            either full- or part-time within **six years** immediately  preceding the commencement of this case, or in which the debtor owned
            5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
            beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting
            or equity securities, within **six years** immediately preceding the commencement of this case.

            If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
            beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
            voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER / COMPLETE EIN OR OTHER TAXPAYER ID NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| FX CONCEPTS (UK HOLDINGS) LTD. ALLEN HOUSE 1 WESTMEAD ROAD SUTTON, SURREY SM1 4LA | 623 89184 15963 | OFFSHORE HOLDING COMPANY | 07/04/11 TO PRESENT |
| FX CONCEPTS TRADING ADVISOR, LLC 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | 26-3807734 | INVESTMENT MANAGEMENT | 12/04/08 TO PRESENT |
| FX CONCEPTS, LLC 3 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10016 | 26-3807734 | SEC REGISTERED INVESTMENT ADVISOR | 12/04/08 TO PRESENT |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:  INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          **Case No.: 13-13380 (REB)**

---

## 18.  NATURE, LOCATION AND NAME OF BUSINESS

**None**     b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
☒          in 11 U.S.C. § 101.

---

| NAME | ADDRESS |
|------|---------|

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

**19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS**

None         a.    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case
☐                 kept or supervised the keeping of books of account and records of the debtor.

---

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| SACCO, ANTHONY<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | 2006 - 2011 |
| TILNEY, HUGH<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | 2011 - 2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                  Case No.:  **13-13380 (REB)**

### 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

None    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have

☐       audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| ERNST & YOUNG LLP | 5 TIMES SQUARE<br>NEW YORK, NY 10036 | 2010 AND 2011 |
| ROTHSTEIN KASS | 1350 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | JUNE 2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

---

### 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**     c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐            account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| MEENAN, MICHAEL | 3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                      Case No.:  **13-13380 (REB)**

### 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**     d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐             statement was issued by the debtor within  **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| ASSET MANAGEMENT FINANCE, INC.<br>1 MADISON AVENUE, 6TH FLOOR<br>NEW YORK, NY 10010 | VARIOUS DATES |

The Debtor regularly provided financial statements to its prepetition lender and its advisors.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:  **13-13380 (REB)**

---

**20.**   **INVENTORIES**

**None**        a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
[X]                  of each inventory, and the dollar amount and basis of each inventory.

---

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**    Case No.:  **13-13380 (REB)**

**20.    INVENTORIES**

None    b.    List the name and address of the person having possession of the records of each of the two inventories reported

☒                    in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

---

**21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

**None**      a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X]

---

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**    Case No.:  **13-13380 (REB)**

---

**21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None      b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐          or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| CLARK, JONATHAN H.<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | MEMBER | 0% ALLOCATION |
| DIRUSSO, RENATO<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | MEMBER | 0% ALLOCATION |
| INTERNATIONAL FOREIGN EXCHANGE CONCEPTS HOLDINGS, INC.<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | GENERAL PARTNER | 100% ALLOCATION |
| SIMOTAS, PHILIP<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | MEMBER | 0% ALLOCATION |
| TAYLOR, JOHN R.<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | MEMBER | 0% ALLOCATION |

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

## 22.    FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None         a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately

[X]                preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  **13-13380 (REB)**

22.    **FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None    b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within
☐          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| TILNEY, HUGH<br>3 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10016 | FORMER MEMBER | 10/02/2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**          Case No.:  13-13380 (REB)

---

**23.    WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

None

[x]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**                    Case No.:  **13-13380 (REB)**

---

**24.    TAX CONSOLIDATION GROUP**

**None**

[X]

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**NAME OF PARENT CORPORATION**                                    **TAXPAYER IDENTIFICATION NUMBER (EIN)**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **INTERNATIONAL FOREIGN EXCHANGE CONCEPTS, L.P.**        Case No.:  **13-13380 (REB)**

---

**25.    PENSION FUNDS**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to

[x]    which the debtor, as an employer, has been responsible for contributing at any time within **six years**

        immediately preceding the commencement of the case.

---

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---