Henry P. Baer, Jr.
Tony Miodonka
**FINN DIXON & HERLING LLP**
177 Broad Street
Stamford, Connecticut  06901
Telephone:  (203) 325-5000
Facsimile:   (203) 325-5001
*Counsel to Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL FOREIGN EXCHANGE CONCEPTS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-13379 (REG)<br><br>Jointly Administered |

## AGENDA FOR DECEMBER 18, 2014 HEARING

**Time and Date of Hearing:** December 18, 2014 at 9:45 a.m. (EST)

**Location of Hearing:** Honorable Robert E. Gerber, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 523
New York, New York 10004

**Copies of Pleadings:** Copies of the pleadings may be obtained: (i) upon written request to the Debtors' proposed counsel of record listed above; (ii) at the website of the Debtors' claims and noticing agent, Logan & Company, Inc.(www.loganandco.com); (iii) via email to the Debtors' proposed claims and noticing agent at fxc@loganandco.com; and/or (iv) through the webpage for the Bankruptcy Court (www.nysb.uscourts.gov) (access via this link requires registration with Pacer Service Center at www.pacer.gov).

## I. MATTERS GOING FORWARD

1. Debtors' Motion for Entry of Order (I) Approving Disclosure Statement; (II) Approving Solicitation and Notice Materials; (III) Establishing Solicitation and Voting Procedures ; (IV) Scheduling a Confirmation Hearing; and (V) Establishing Notice and Objection Procedures  [Docket No. 329].

   **Status:  This matter will be going forward.**

## II. MATTERS NOT GOING FORWARD

1. Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 332].

   **Status:  A Certificate of No Objection has been filed and the hearing on this matter will not be going forward.**

2. Debtors' Second Omnibus Objection to Claims (Satisfied Claims) [Docket No. 333].

   **Related Documents:**

   Response of American Express Travel Related Services Company, Inc. to Debtors' Second Omnibus Objection to Claims, Claim Number 13 and Scheduled Claim [Docket No. 374].

   **Status:  The American Express response has been consensually resolved, and a Certificate of No Objection has been filed.  The hearing on this matter will not be going forward.**

3. Debtors' Third Omnibus Objection to Claims (Wrong Debtor Claims) [Docket No. 334].

   **Status:  A Certificate of No Objection has been filed and the hearing on this matter will not be going forward.**

4. Debtors' Fourth Omnibus Objection to Claims (Books & Records) [Docket No. 335].

   **Status:  A Certificate of No Objection has been filed and the hearing on this matter will not be going forward.**

5. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Between the Debtors and MarketFactory, Inc. [Docket No. 370].

   **Status:  A Certificate of No Objection has been filed and the hearing on this matter will not be going forward.**

Dated: December 17, 2014  By: /s/ Henry P. Baer, Jr.
Stamford, Connectcut  Henry P. Baer, Jr.
  Tony Miodonka
  FINN DIXON & HERLING LLP
  177 Broad Street
  Stamford, CT  06901-2689
  Tel.:  (203) 325-5000
  Fax:  (203) 325-5001

  *Counsel to Debtors*

{01968839; 2; 3440-3 }