

U.S. Department of Justice
Office of the United States Trustee
Region 2

Southern District of New York

In re:                                                                                      Chapter 11
INTERNATIONAL FOREIGN EXCHANGE CONCEPTS HOLDINGS, INC., et al.        Case No. 13-13379 (MKV)
    Debtors.                                                                            Jointly Administered

### DEBTOR'S POST-CONFIRMATION MONTHLY OPERATING REPORT FOR THE PERIOD

FROM  5/1/2016   TO   5/31/2016

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed::  /s/Michael Meenan                                           Date:  6/17/2016

Michael Meenan
    Print Name

Liquidating Trustee
    Title

Debtor's Address                                                                Attorney's Address
and Phone Number:                                                           and Phone Number:
c/o Michael Meenan                                                            Finn Dixon & Herling LLP
CDG Group LLC                                                                 177 Broad Street
650 Fifth Ave., 20th Fl                                                          Stamford, Connecticut 06901
New York, NY 10019                                                          Henry P. Baer, Jr., Esq.
Tel. 917-929-1105                                                                Tony Miodonka, Esq.
                                                                                            Telephone: (203) 325-5000
                                                                                            Bar No.   HB3866

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Professional Liability - Capitol Specialty Insurance | 6/1/16-5/31/17 | $27,182 Annual | 0 |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

The Trust worked to update and finalize 2015 tax returns for Trust and ancillary required tax and regaultory filings for 2015
The Trust did extensive research and investigation in response to a detailed information request from the NYC Dept of Finance
The Trust worked to close out international affiliates and respond to requests from foreign entities
The Trust corresponded with authorities and counsel re: dissolution of legal entities
The Trust communicated with Trust beneficiary and its tax counsel
The Trust worked to ensure necessary insurance coverage including completing required applications

Estimated Date of Filing the Application for Final Decree: June 9, 2016

Bar No.    HB3866

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

Case Name: Int'l Foreign Exchange Concepts Holdings et al
Case Number: 13-13379 (MKV)
Date of Plan Confir 2/5/2015

CHAPTER 11 POST-CONFIRMATION
SCHEDULE OF RECEIPTS AND DISBURSEMENTS

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | February | March | April | May | June | July | August | September | October | November | December | January | February | March | April | May | Post Confirmation Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH (Beginning of Period) | $7,850,855.81 | $7,703,450.44 | $4,003,902.69 | $3,640,108.43 | $3,053,626.59 | $2,929,527.16 | $2,825,999.17 | $2,818,068.69 | $2,744,305.47 | $2,742,328.22 | $2,693,599.53 | $2,593,671.59 | $2,567,517.25 | $2,548,459.70 | $2,313,337.07 | $2,292,177.70 | $7,850,855.81 |
| 2. INCOME or RECEIPTS during the Period | $ - | $ 84.29 | $ 110.01 | 99,518.09 | $ 148.88 | 143.38 | 143.02 | 137.36 | 137.62 | 142.34 | 32,385.96 | 131.80 | 140.74 | 140.50 | 125.88 | 142.59 | 134,107.16 |
| 3. DISBURSEMENTS | | | | | | | | | | | | | | | | | |
| a. Operating Expenses (Fees/Trust): | | | | | | | | | | | | | | | | | |
| (i) U.S. Trustee Quarterly Fees | $ (7,155.57) | $ - | $ - | $ - | $ (1,048.16) | $ (1,150.00) | | | | $ (2,225.00) | | | $ (2,275.00) | | $ (2,600.00) | | $ (12,592.73) |
| (ii) Federal Taxes | | | | | (305.00) | | | ($3,272.88) | | | | | | | | | $ (6,552.88) |
| (iii) State Taxes | $ (3,080.00) | $ (2,400.00) | | | (500.00) | | | | | | | | | | | | $ (2,988.00) |
| (iv) Other Taxes | | | | | | | | | | | | | | | | | |
| b. All Other Operating Expenses | | $ (34,537.86) | $ (17,848.15) | (13,735.67) | (112,400.15) | (96,571.37) | (8,071.50) | (20,678.30) | (3,114.87) | (56,595.75) | (22,312.59) | (24,587.80) | $ (16,923.29) | $ (35,263.13) | (18,559.23) | (57,474.27) | (628,727.72) |
| c. Plan Payments: | | | | | | | | | | | | | | | | | |
| (i) Administrative Claims | $ (137,308.83) | $ (120,443.81) | (57,916.79) | (382,648.36) | | | | | | | | $ (1,699.74) | | | | | (744,310.72) |
| (ii) Class One | | | | | | | | | | | | $ (1,699.74) | | | | | (1,699.74) |
| (iii) Class Two | | $ (3,491,232.41) | (288,209.38) | (250,000.00) | | | | | | | (700,000.00) | | | (200,000.00) | | | (4,329,441.70) |
| (iv) Class Three | | | | | | | | | | | | | | | | | |
| (v) Class Four | | | | | | | | | | | | | | | | | |
| (Attach additional pages as needed) | | | | | | | | | | | | | | | | | |
| Total Disbursements (Operating & Plan) | $ (147,255.40) | $ (3,650,612.08) | (363,974.28) | (646,399.93) | (124,248.31) | (103,671.37) | (8,073.50) | (73,901.18) | (6,073.50) | (73,901.18) | (3,114.87) | (58,820.75) | (122,312.59) | (26,287.54) | (39,193.28) | (235,263.13) | (21,289.25) | (57,474.27) | (5,730,146.02) |
| 4. CASH (End of Period) | $ 7,703,450.44 | $ 4,003,902.69 | $ 3,640,108.43 | 3,053,026.59 | 2,929,527.16 | 2,825,999.17 | 2,818,068.69 | 2,744,305.47 | 2,742,328.22 | 2,693,599.53 | 2,593,671.59 | 2,567,517.25 | 2,548,459.70 | 2,313,337.07 | 2,292,177.70 | 2,234,846.56 | 2,234,846.56 |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #5 |
|---|---|---|---|---|---|---|
| Name of Bank: | Bank of New York | Bank of New York | Bank of New York | Chase | Chase | Chase |
| Account Number: | 890-0703-369 | 890-0703-407 | 890-0703-385 | 2951921424 | 957314795 | 412059458 |
| Purpose of Account (Operating/Payroll/Tax) | IFEC LP | IFEC Holdings | FX Concepts LLC | IFEC LP | IFEC LP | Liq Trust |
| Type of Account (e.g. checking) | Checking | Checking | Checking | MM | Petty | Checking |
| 1. Balance per Bank Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,261,668.22 |
| 2. ADD: Deposits not credited | | | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | | | (26,821.86) |
| 4. Other Reconciling Items (a) | | | | | | |
| 5. Month End Balance (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,234,846.36 |

Note: Attach copy of each bank statement and bank reconciliation.

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Bank of New York |
|---|---|
| Account Number | 890-0703-369 |
| **Purpose of Account (Operating/Payroll/Personal)** | IFEC LP |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Check 015598 | 3/2/2015 | Withers and Bergman | December Fee App | (1,547.84) |
| Check 015574 | 3/3/2015 | J Santana | Insurance | (1,524.36) |
| Wire | 3/5/2015 | Liquidating Trust | Transfer to Trust | (100,000.00) |
| Check 015599 | 3/10/2015 | Liquidating Trust | Transfer to Trust | (2,000,000.00) |
| Check 015601 | 3/10/2015 | Regus | Lease | (1,406.46) |
| Check 15594 | 3/11/2015 | J Santana | Payroll and expense reimbursement | (8,950.02) |
| Check 015600 | 3/12/2015 | AMF-FXC Finance | Plan Claim payment | (2,300,000.00) |
| Check 015623 | 3/19/2015 | Liquidating Trust | Transfer to Trust | (900,000.00) |
| Bank Fee | 3/23/2015 | BONY | Bank fee | (1,571.57) |
| Check 015622 | 3/23/2015 | Liquidating Trust | Transfer to Trust | (78,995.91) |
| | | | TOTAL | (5,393,996.16) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| Name of Bank | Bank of New York |
|---|---|
| Account Number | 890-0703-407 |
| **Purpose of Account (Operating/Payroll/Personal)** | IFEC Holdings |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Check 015501 | 3/10/2015 | Liquidating Trust | Transfer to Trust | (200,000.00) |
| Check 015502 | 3/19/2015 | Liquidating Trust | Transfer to Trust | (150,000.00) |
| Check 015503 | 3/31/2015 | Liquidating Trust | Transfer to Trust | (28,275.31) |

|  |  | Total | (378,275.31) |
|---|---|---|---|

| Name of Bank | Bank of New York |
|---|---|
| Account Number | 890-0703-385 |
| Purpose of Account (Operating/Payroll/Personal) | FX Concepts LLC |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Check 016001 | 3/10/2015 | Liquidating Trust | Transfer to trust | (1,000,000.00) |
| Check 016002 | 3/19/2015 | Liquidating Trust | Transfer to trust | (900,000.00) |
| Check 016003 | 3/31/2015 | Liquidating Trust | Transfer to trust | (19,252.05) |
|  |  |  | Total | (1,919,252.05) |

| Name of Bank | Chase |
|---|---|
| Account Number | 412059458 |
| Purpose of Account (Operating/Payroll/Personal) | Liquidating Trust of IFEC |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 177 | 7-May | Certified | May | $160.50 |
| 178 | 7-May | Certified | May | $187.25 |
| 179 | 9-May | Logan & Co | March | $530.74 |
| 180 | 13-May | Staples | Computer equipment | $48.98 |
| 181 | 20-May | Withers Bergman LLP | April | $14,696.00 |
| 182 | 20-May | CDG Group | February | $12,500.00 |
| 183 | 20-May | Finn Dixon Herling | April | $2,168.00 |
| 184 | 23-May | Mmanus Serra & Klein | Insurance | $27,182.80 |
|  |  |  |  | $57,474.27 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Outstanding Checks

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1009 | 16-Mar | CANON FINANCIAL SERVICES INC | Bankruptcy Claim | (18,705.05) |
| 1040 | 16-Mar | BERNARD LOCK KA FAI | Bankruptcy Claim | (360.03) |
| 1058 | 16-Mar | INTEGRATED TECHNOLOGY SYSTEMS | Bankruptcy Claim | (264.03) |
| 1059 | 16-Mar | KANGAROO COURIER INC. | Bankruptcy Claim | (21.41) |
| 1065 | 16-Mar | LIM, SHAO CHIEH | Bankruptcy Claim | (103.66) |
| 1077 | 16-Mar | RD ASSOCIATES LLC | Bankruptcy Claim | (421.88) |
| 1081 | 16-Mar | RIK DATA SOLUTIONS | Bankruptcy Claim | (1,500.00) |
| 1087 | 16-Mar | STORAGE POST DOCUMENT STORAGE | Bankruptcy Claim | (2,714.17) |
| 1091 | 16-Mar | TAYLOR, JOHN R. | Bankruptcy Claim | (533.15) |
| 1094 | 16-Mar | TIME WARNER CABLE | Bankruptcy Claim | (383.86) |
| 1095 | 16-Mar | TIME WARNER CABLE | Bankruptcy Claim | (427.52) |
| 1099 | 16-Mar | UNIQUE PRINTING & STATIONERY CO INC | Bankruptcy Claim | (65.33) |
| 1100 | 16-Mar | VERIZON | Bankruptcy Claim | (1,321.81) |
| | | TOTAL | | (26,821.86) |

CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 30, 2016 through May 31, 2016
Primary Account: **000000412059458**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



00036347 DRE 802 142 15316 NNNNNNYNNNN T 1 000000000 68 0000
LIQUIDATING TRUST AGREEMENT OF
INTERNATIONAL FOREIGN EXCHANGE CONCEPTS
MICHAEL B MEENAN TRUSTEE
C/O MICHAEL MEENAN
CDG GROUP LLC
650 5TH AVE FL 20
NEW YORK NY 10019-7687

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000412059458 | $320,513.19 | $259,691.56 |
| Chase Private Client Savings | 000002913152092 | 2,001,836.37 | 2,001,976.66 |
| **Total** | | **$2,322,349.56** | **$2,261,668.22** |

| **TOTAL ASSETS** | | **$2,322,349.56** | **$2,261,668.22** |
|---|---|---|---|

**All Summary Balances** shown are as of May 31, 2016 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PRIVATE CLIENT CHECKING

LIQUIDATING TRUST AGREEMENT OF
INTERNATIONAL FOREIGN EXCHANGE CONCEPTS
MICHAEL B MEENAN TRUSTEE

Account Number: 000000412059458

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$320,513.19** |
| Deposits and Additions | 2.64 |
| Checks Paid | - 60,824.27 |
| **Ending Balance** | **$259,691.56** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $2.64 |
| Interest Paid Year-to-Date | $19.56 |

**CHASE PRIVATE CLIENT**

April 30, 2016 through May 31, 2016
Primary Account: **000000412059458**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 172 ^ | 05/03 | $750.00 | 179 ^ | 05/19 | 530.74 |
| 174 * ^ | 05/04 | 1,950.00 | 180 ^ | 05/13 | 48.98 |
| 175 ^ | 05/05 | 325.00 | 181 ^ | 05/26 | 14,696.00 |
| 176 ^ | 05/04 | 325.00 | 182 ^ | 05/23 | 12,500.00 |
| 177 ^ | 05/12 | 160.50 | 183 ^ | 05/26 | 2,168.00 |
| 178 ^ | 05/12 | 187.25 | 184 ^ | 05/26 | 27,182.80 |
| | | | | **Total Checks Paid** | **$60,824.27** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $320,513.19 |
| 05/03 | Check | # 172 | - 750.00 | 319,763.19 |
| 05/04 | Check | # 174 | - 1,950.00 | 317,813.19 |
| 05/04 | Check | # 176 | - 325.00 | 317,488.19 |
| 05/05 | Check | # 175 | - 325.00 | 317,163.19 |
| 05/12 | Check | # 178 | - 187.25 | 316,975.94 |
| 05/12 | Check | # 177 | - 160.50 | 316,815.44 |
| 05/13 | Check | # 180 | - 48.98 | 316,766.46 |
| 05/19 | Check | # 179 | - 530.74 | 316,235.72 |
| 05/23 | Check | # 182 | - 12,500.00 | 303,735.72 |
| 05/26 | Check | # 184 | - 27,182.80 | 276,552.92 |
| 05/26 | Check | # 181 | - 14,696.00 | 261,856.92 |
| 05/26 | Check | # 183 | - 2,168.00 | 259,688.92 |
| 05/31 | Interest Payment | | 2.64 | 259,691.56 |
| | **Ending Balance** | | | **$259,691.56** |

◯
CHASE PRIVATE CLIENT

April 30, 2016 through May 31, 2016
Primary Account: **000000412059458**



## CHASE PRIVATE CLIENT SAVINGS

LIQUIDATING TRUST AGREEMENT OF

INTERNATIONAL FOREIGN EXCHANGE CONCEPTS

MICHAEL B MEENAN TRUSTEE

Account Number: 000002913152092

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | $2,001,836.37 |
| Deposits and Additions | 140.29 |
| **Ending Balance** | **$2,001,976.66** |
| Annual Percentage Yield Earned This Period | 0.08% |
| Interest Paid This Period | $140.29 |
| Interest Paid Year-to-Date | $666.29 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | $2,001,836.37 |
| 05/31 | Interest Payment | 140.29 | 2,001,976.66 |
|  | **Ending Balance** |  | **$2,001,976.66** |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

April 30, 2016 through May 31, 2016
Primary Account: **000000412059458**

This Page Intentionally Left Blank